```
 1  SCOTT N. SCHOOLS  (SCSBN 9990)
    United States Attorney
 2  JAY R. WEILL  (CSBN 75434)
    Assistant United States Attorney
 3  Chief, Tax Division
    THOMAS MOORE  (ASBN 4305-T78O)
 4  Assistant United States Attorney
      9th Floor Federal Building
 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-6935

 7  Attorneys for the United States of America
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. C-07-0537-SI |
| | ) | |
| v. | ) | |
| | ) | STIPULATION IN LIEU OF |
| ROBERT G. MATHEWS, et al., | ) | FURTHER APPEARANCE |
| | ) | BY DEFENDANT CONTRA |
| Defendants. | ) | COSTA COUNTY TAX |
| | ) | COLLECTOR |
| | ) | |

NOW COMES Plaintiff UNITED STATES OF AMERICA, and Defendants Robert G. Mathews, Karen Rose Mathews, Michael Stone Mathews and Contra Costa County Tax Collector, by and through counsel, and hereby stipulate as follows:

    1.    Defendant Contra Costa County Tax Collector has a tax lien against the subject real property in the amount of $12,397.84 plus interest and penalties from April 17, 2007 until paid.

    2.    The plaintiff has petitioned this court to reduce to judgment the outstanding federal income tax liabilities assessed against defendant Robert G. Mathews, Karen Rose Mathews and to foreclose its tax liens against the subject real property.

    3.    The parties hereby stipulate that Contra Costa County Tax Collector need not further plead or further participate in this matter; that Contra Costa County Tax Collector's lien

Stip. In Lieu of Further Appearance By
Def. Contra Costa County Tax Collector
(No. C-07-0537-SI)                              1

1    on the subject property shall be preserved as a lien senior to the plaintiff's federal tax liens and
2    any claims of defendants Robert G. Mathews, Karen Rose Mathews, Michael Stone Mathews.

3         4.    Should the subject real property be transferred or sold pursuant to any order of this
4    court, the United States Marshal shall retain from the proceeds of the sale a sufficient amount to
5    cover the expenses of the sale including the commissions due under 28 U.S.C. § 1921(c) and
6    including an amount sufficient to cover the expenses of any steps taken to secure or maintain the
7    real estate pending sale and confirmation by the Court. The remaining funds shall be paid toward
8    satisfaction of the claims of the parties to this suit in the order and amounts determined by the
9    court in light of this Stipulation.

Dated: May 10, 2007            SILVANO B. MARCHESI
                                       County Counsel

                                       /s/ Eric S. Gelston
                                       ERIC S. GELSTON
                                       Deputy County Counsel

Dated: May 9, 2007              /s/ Anita L. Steburg
                                       ANITA L. STEBURG
                                       MOSKOWITZ & CIU, LLP
                                       Attorney for Defendants
                                          Robert G. Mathews
                                          Karen R. Mathews
                                          Michael S. Mathews

                                         SCOTT N. SCHOOLS
                                       United States Attorney

Dated: May 10, 2007            /s/ Thomas Moore
                                       THOMAS MOORE
                                       Assistant United States Attorney
                                       Tax Division

       This stipulation is hereby approved by this Court and its terms are so ordered.

       Dated: This __10th__ day of __May__, 2007

                                         _____
                                         United States District Judge