1  Anita L. Steburg, SBN 245933
   MOSKOWITZ & CIU, LLP
2  180 Montgomery Street, Suite 1950
   San Francisco, CA 94104
3  Telephone (415) 394-7200
   Facsimile (415)398-6501
4  asteburg@moskowitzandciu.com

5  Attorneys for Defendants Robert Mathews, Karen Rose Mathews, and Michael Stone Mathews

6

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN FRANCISCO DIVISION
10

11 UNITED STATES OF AMERICA,    )
                                )  Case No.: C-07-0537-SI
       Plaintiff,               )
12                              )
                                )  STIPULATION AND REQUEST FOR ORDER
   v.                           )  AMENDING SCHEDULING ORDER, AND
13                              )  [PROPOSED] ORDER
                                )
14 ROBERT G. MATHEWS, KAREN     )
   MATHEWS, MICHAEL STONE       )
   MATHEWS; CONTRA COSTA        )
15 COUNTY TAX COLLECTOR; and    )
   PACIFIC SECURITY, LLC,       )
16                              )
       Defendants.              )
17                              )
                                )
18

19     Plaintiff, the United States of America, and defendants, Robert Mathews, Karen Rose

20 Mathews and Michael Stone Mathews, hereby stipulate and agree, through respective counsel, to

21 request an order amending the scheduling order entered in the above captioned case on May 7,

22 2007.

23     The defendants have requested documentation from third parties for tax payments made

24 on behalf Robert Mathews. Counsel for defendants has reservations concerning the third parties'

25 ability to provide the documentation within a timely manner. The parties seek to extend the

1. discovery cutoff date by 60 days, to extend the dispositive motion cutoff date, and make any
2. necessary changes to the final pretrial conference date, and extend the trials date by 60 days.
3. The parties make this request not for the sake of undue delay, but rather for the purpose of
4. allowing the parties to coordinate discovery efforts without the need for unnecessary court
5. intervention.

Kevin V. Ryan
United States Attorney

Dated: 8/6/7

Thomas Moore
Assistant United States Attorney, Tax Division
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Attorneys for Plaintiff

Dated: 8/6/07

Anita L. Steburg
Moskowitz & Ciu, LLP
180 Montgomery Street, Suite 1950
San Francisco, CA 94104

Attorney for Defendants Robert Mathews, Karen
Rose Mathews and Michael Stone Mathews

[Proposed} Order

It is ordered that the Pretrial Preparation Order, entered on May 7, 2007, is modified as follows:

1. The Further Case Management shall be reset to ___11/16/07 @ 2:30 p.m.___;

2. Non-Expert discovery cutoff shall be reset to November 13, 2007.

3. Designation of Experts shall be reset to October 9, 2007; rebuttal shall be reset to October 16, 2007.

4. Expert discovery cutoff shall be reset to November 13, 2007.

5. Dispositive motions shall be filed by November 20, 2007; Opposition due by December ~~4~~ 7, 2007; Reply due by December ~~11~~ 14, 2007; and set for hearing no later than December 26, 2007.

6. Pretrial Conference shall be reset to ___2/12/08 @ 3:30 p.m.___; and

7. Jury Trial date shall be rest to ___2/25/08 @ 8:30 a.m.___.

8. All other provisions of the Pretrial Preparation Order shall remain in effect.

Dated:

_____
SUSAN ILLSTON
United States District Judge

Stipulation and Request for Order Amending Scheduling Order, and [Proposed] Order          Civil No. C 07-00537 SI
- 3 -