Anita L. Steburg, SBN 245933
MOSKOWITZ & CIU, LLP
180 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone (415) 394-7200
Facsimile (415)398-6501
asteburg@moskowitzandciu.com

Attorneys for Defendants Robert Mathews, Karen Rose Mathews, and Michael Stone Mathews

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT G. MATHEWS, KAREN ) <br> MATHEWS, MICHAEL STONE ) <br> MATHEWS; CONTRA COSTA ) <br> COUNTY TAX COLLECTOR; and ) <br> PACIFIC SECURITY, LLC, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No.: C-07-0537-SI <br><br> PARTIES' STIPULATED REQUEST TO CONTINUE DEADLINES FOR DISCOVERY AND MOTIONS FOR HEARING AND [PROPOSED] ORDER |

Plaintiff, the United States of America, and defendants, Robert Mathews, Karen Rose Mathews and Michael Stone Mathews, hereby stipulates, agrees and respectfully request, as reflected by the signatures of their respective counsel appearing below, that the deadlines currently set for discovery and the hearing of dispositive motions be continued by approximately seventeen days as follows:

    1. Close of all discovery:     November 30, 2007

2. Dispositive motions shall be filed by December 7, 2007; Opposition due by December 24, 2007; Reply due by December 31, 2007; and set for hearing no later than January 14, 2008.

The grounds for this stipulated and requested continuance are as follows: The parties have exchanged written discovery requests, including Requests for Production of Documents and scheduled depositions. While the parties had scheduled depositions to occur during the week of November 9, 2007, because the requested documents have not yet been received and produced, the parties agreed that the depositions will occur on or before November 30, 2007, in order to determine if depositions are necessary after receipt and production of the requested documents. The parties in good faith agreed to this postponement in the interests of economy since it is prudent to review the responses to the document requests before determining if the depositions are necessary. The parties agree that the only discovery matter that is being continued to occur no later than November 30, 2007, is the depositions of Comprehensive Integrated Marketing Services/Blue Cross of California, Robert Mathews, Karen Rose Mathews and Michael Stone Mathews. All other discovery will be completed by November 13, 2007.

The parties agree that the continuing of the deadlines currently set for the close of discovery and the hearing of dispositive motions for approximately seventeen days to the dates set forth above will conserve the parties' resources, by allowing them to determine whether depositions are necessary after reviewing the requested documents. If those depositions are necessary, the depositions will occur on or before November 30, 2007. No other discovery matter is being continued. The parties are not requesting a continuance of the pre-trial and trial dates.

Accordingly, the parties respectfully request that the Court continue the current deadlines for the close of discovery to November 30, 2007, and dispositive motions shall be filed by

1  December 7, 2007; Opposition due by December 24, 2007; Reply due by December 31, 2007;
2  and set for hearing no later than January 14, 2008.

              Respectfully submitted,

              Scott N. Schools
              United States Attorney

Dated:  November 2, 2007        /s/ Thomas Moore
              Thomas Moore
              Assistant United States Attorney, Tax Division
              450 Golden Gate Avenue, Box 36055
              San Francisco, CA 94102

              Attorneys for Plaintiff


Dated: November 2, 2007         /s/ Anita L. Steburg
              Anita L. Steburg
              Moskowitz & Ciu, LLP
              180 Montgomery Street, Suite 1950
              San Francisco, CA 94104

              Attorney for Defendants Robert Mathews, Karen
              Rose Mathews and Michael Stone Mathews

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties as set forth above, and for good cause shown,

IT IS HEREBY ORDERED that the deadlines current set for the close of discovery and the hearing of dispositive motions shall be continued as follows:

1. Close of all discovery: November 30, 2007

2. Dispositive motions shall be filed by December ~~7, 2~~0~~0~~7 (14); Opposition due by ~~December 24, 2007;~~ January 11, 2008 Reply due by ~~December 31, 2007~~; and set for hearing no later than January ~~14~~ 25, 2008.   January 4, 2008

Dated: _____
THE HONORABLE SUSAN ILLSTON
United States District Judge