JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             ) <br>       Plaintiff,        )<br>             )<br>    v.       )<br>             )<br>ROBERT G. MATHEWS, et al.    )<br>             )<br>       Defendants.       )<br>_____) | Case No.  C-07-0537-SI<br><br>STIPULATION FOR ENTRY OF<br>JUDGMENT AGAINST<br>ROBERT MATHEWS AND<br>KAREN MATHEWS |

The United States of America, by its undersigned counsel, and Robert Mathews and Karen Mathews, by their undersigned counsel, stipulate and hereby agree that Judgement shall be entered against Robert Mathews and Karen Mathews for the following amounts and liabilities:

1. Income taxes for the 1992 tax year in the amount of $44,801.89, plus statutory interest and penalties computed from January 31, 2007, until paid;

2. Income taxes for the 1993 tax year in the amount of $53,637.26, plus statutory interest and penalties computed from January 31, 2007, until paid;

3. Income taxes for the 1994 tax year in the amount of $56,324.99, plus statutory interest and penalties computed from January 31, 2007, until paid;

4. Income taxes for the 1995 tax year in the amount of $83,863.80, plus statutory interest and penalties computed from January 31, 2007, until paid;

///

///

///

     5.    Income taxes for the 1996 tax year in the amount of $39,443.75, plus statutory interest and penalties computed from January 31, 2007, until paid;

     6.    Income taxes for the 1997 tax year in the amount of $23,192.97, plus statutory interest and penalties computed from January 31, 2007, until paid;

     7.    Income taxes for the 1998 tax year in the amount of $7,782.09, plus statutory interest and penalties computed from January 31, 2007, until paid;

     8.    Income taxes for the 1999 tax year in the amount of $5,059.49, plus statutory interest and penalties computed from January 31, 2007, until paid;

     9.    Income taxes for the 2000 tax year in the amount of $14,429.35, plus statutory interest and penalties computed from January 31, 2007, until paid;

     10.    Income taxes for the 2001 tax year in the amount of $7,024.64, plus statutory interest and penalties computed from January 31, 2007, until paid;

     11.    Income taxes for the 2002 tax year in the amount of $7,029.93, plus statutory interest and penalties computed from January 31, 2007, until paid;

     12.    Income taxes for the 2003 tax year in the amount of $14,750.69, plus statutory interest and penalties computed from January 31, 2007, until paid;

     13.    That the United States of America's request that real property be sold to pay the taxes at issue in this matter is dismissed without prejudice.

JOSEPH P. RUSSONIELLO  
United States Attorney

/s/ Anita Steburg  
ANITA STEBURG  
MOSKOWITZ & CIU, LLP  
Attorney for Defendants:  
Robert Mathews and Karen Mathews

/s/ Thomas Moore  
THOMAS MOORE  
Assistant United States Attorney  
Tax Division

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

UNITED STATES DISTRICT JUDGE

STIP. FOR ENTRY OF JUDGMENT  
Case No. C-07-0537-SI)        2