JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:   (415) 436-7017
  Fax:           (415) 436-6748

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br><br>                    **Plaintiff,** )<br><br>            **v.** )<br><br>**ROBERT G. MATHEWS, et al.,** )<br><br>                    **Defendants.** )<br>_____ ) | **No. C-07-0537-SI**<br><br><br>**STIPULATION TO DISMISS** |

NOW COMES Plaintiff, United States of America, and Defendant, Contra Costa County Tax Collector, Robert G. Mathews, Karen R. Mathews, and Michael S. Mathews, by and through the undersigned counsel, and hereby stipulate as follows:

1.     That Michael Stone Mathews' cross complaint against the Untied States be dismissed without prejudice each side to bear its own costs and attorney's fees; and

2.     That Michael Stone Mathews is the sole owner in fee simple of the property commonly known as 31 Canyon Lake, Porta Costa, California 94559, Assessors Parcel Number 368-146-013; and

///
///
///
///

3.      That the Contra Costa County Tax Collector be dismissed from the matter, without prejudice, and each side to bear its own costs and attorney's fees.

SILVANO B. MARCHESI
County Counsel

Dated: February 6, 2008          /s/ Eric S. Gelston
                                 ERIC S. GELSTON
                                 Deputy County Counsel

Dated: February 8, 2008          /s/ Anita L. Steburg
                                 ANITA L. STEBURG
                                 MOSKOWITZ & CIU, LLP
                                 Attorney for Defendants
                                    Robert G. Mathews
                                    Karen R. Mathews
                                    Michael S. Mathews

                                 JOSEPH P. RUSSONIELLO
                                 United States Attorney

Dated: February 12, 2008         /s/ Thomas Moore
                                 THOMAS MOORE
                                 Assistant United States Attorney
                                 Tax Division

        This stipulation is hereby approved by this Court and its terms are so ordered.

        Dated: This _____ day of _____, 2008.

                                 _____
                                 United States District Judge

Stip To Dismiss
C-07-0537-SI                          2